UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-256-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TRAVIS McKELLAR | |

On motion of the Defendant, Travis McKeller, and for good cause shown, it is hereby

ORDERED that the **[DE 51]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 25th day of February, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge