IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:08-CR-256-FL

| UNITED STATES OF AMERICA | **ORDER** |
|---|---|
| v. | |
| TRAVIS MCKELLAR | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the Government Response to Motion for Sentencing Reduction Pursuant to First Step Act of 2018, filed at Docket Entry 55, be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the defendant.

IT IS SO ORDERED, this 8th day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

1